# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE<br><br>            Plaintiff(s),<br><br>    v.<br><br>YOUNG JIN KIM, et al.<br><br>            Defendant(s). | CASE NO.<br>2:19-cv-07657-DSF-KS<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before May 26, 2020.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: April 27, 2020

                                       /s/ *Dale S. Fischer*
                                      Dale S. Fischer
                                      United States District Judge