JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jin Lee,<br>    Plaintiff,<br><br>        v.<br><br>Young Jin Kim,<br>    Defendant. | Case No. CV 19-07657-DSF (KSx)<br><br>JUDGMENT |

   The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to file a motion for default judgment as to defendant Young Jin Kim,

   IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: June 1, 2020

                                _____
                                Dale S. Fischer
                                United States District Judge